
Entered on Docket
November 29, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 23, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 11-49699 EDJ

**OLEN SERLAY MACK,**                   Chapter 13

        **Debtor.**

ORDER VALUING LIEN OF
CALIFORNIA HOME LOANS ALSO
KNOWN AS HOME LOAN SERVICE
CORPORATION ACTING AS TRUSTEE
ON BEHALF OF THE BENEFICIARY,
GLENN C. ALLEN AND PEARL M.
ALLEN, TRUSTEES FOR THE ALLEN
FAMILY TRUST UNDER DECLARATION
OF TRUST DATED JULY 18, 1990
AS TO AN UNDIVIDED 50/100
INTEREST, TERRELL F. LINDSEY
AND GLENDA L. LINDSEY,
TRUSTEES FOR THE LINDSEY
FAMILY TRUST UNDER DECLARATION
OF TRUST DATED AUGUST 19, 2002
AS TO AN UNDIVIDED 50/100
INTEREST

_____/

    On October 14, 2011, Olen Mack (hereinafter Debtor) served a motion to value the lien of California Home Loans also known as Home Loan Service Corporation acting as Trustee on behalf of the Beneficiary, Glenn C. Allen and Pearl M. Allen, Trustees for the Allen Family Trust under Declaration of Trust Dated July 18, 1990 as to an

undivided 50/100 interest, Terrell F. Lindsey and Glenda L. Lindsey, Trustees for The Lindsey Family Trust Under Declaration of Trust Dated August 19, 2002 as to an undivided 50/100 interest (hereinafter Lienholder) against the property commonly known as 984 – 4th Street, Rodeo, CA 94572, which lien was recorded in Contra Costa County on or about April 3, 2007 as document 0096657-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Olen Mack
984 – 4th Street
Rodeo, CA 94572

Attn: Officer
Wells Fargo Bank, National Association
101 N. Phillips Avenue
Sioux Falls, South Dakota 57104

Attn: Officer
Wells Fargo Bank, National Association
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr Ste 100
Sacramento, CA 95833

Attn: Officer or Managing Agent
Home Loan Service Corporation
1346 The Alameda, Suite 203
San Jose, CA 95126

Attn: Keith Charles Knapp
Home Loan Service Corporation
1885 The Alameda, Suite 203
San Jose, CA 95126

Attn: Officer or Managing Agent
California Home Loans, Inc.
1880 Marron Rd #104
Carlsbad, CA 92008

Attn: Charles D Robillard
California Home Loans, Inc.
3979 Limber Pine Rd
Fallbrook, CA 92028

Attn: Officer or Managing Agent
California Home Loans
1346 The Alameda Ste. 7-119
San Jose, CA 95126
/
/
/
/

| | |
|---|---|
| 1 | Attn: Officer or Managing Agent<br>California Home Loans |
| 2 | 1885 The Alameda Ste. 203<br>San Jose, CA 95126 |
| 3 | |
| 4 | Attn: Officer or Managing Agent<br>Wells Fargo Home Mortgage, Inc.<br>1 Home Campus MAC X2401-049 |
| 5 | Des Moines, IA 50328 |
| 6 | Attn: Officer or Managing Agent<br>Wells Fargo Home Mortgage, Inc. |
| 7 | C/o CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr. Ste 100 |
| 8 | Sacramento, CA 95833 |
| 9 | Attn: Officer or Managing Agent<br>Wells Fargo Home Mortgage |
| 10 | C/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 11 | P.O. Box 17933<br>San Diego, CA 92177-0933 |